Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Alan C. Nolley (State Bar No. 263436)
anolley@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax 925 356 8250

Scott L. Davis (TX State Bar No. 05547030)
sdavis@gardere.com
Matthew J. Schroeder (TX State Bar No. 00791619)
mschroeder@gardere.com
Sara Nau (TX State Bar No. 24083551)
snau@gardere.com
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, TX 75201
Phone: (214) 9993000 ♦ Fax 214 999 4667

Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc.,

Plaintiff,

v.

IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED,

Defendants.

Case No. 2:15-CV-00798-WBS-DAD

**PLAINTIFF AIG SPECIALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING SERVICE OF SUSPENDED CORPORATE DEFENDANT IRON MOUNTAIN MINES, INC. THROUGH CALIFORNIA SECRETARY OF STATE**

DATE: June 15, 2015
TIME: 2:00 p.m.
COURTROOM: 5
JUDGE: Hon. William B. Shubb

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE** that on June 15, 2015 at 2:00 p.m. in Courtroom 5, or as soon thereafter as counsel can be heard in the above-entitled court, located at 501 I Street, Courtroom 5,

14th Floor Sacramento, CA 95814, Plaintiff will and does move this Court for an order allowing service of the summons, complaint and other case initiating documents on Defendant Iron Mountain Mines, Inc., pursuant to Federal Rules of Civil Procedure 4(e) and (h) by personal delivery to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy secretary, one copy of the summons and complaint in the above-entitled action, together with one copy of the order authorizing such service.

Plaintiff files this motion pursuant to United States District Court - Eastern District of California Local Rule 230(b) and Federal Rules of Civil Procedure, Rules 4(e) and (h), which allows service of the summons and complaint on a California corporation "in a judicial district of the United States in the manner prescribed by Rule 4(e)(1) for serving an individual." Federal Rules of Civil Procedure, Rule 4(e)(1) allows for a party to "follow[] state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Under California Code of Civil Procedure section 416.10 and California Corporations Code section 1702, after diligent and exhaustive failed efforts to serve a corporation, a corporation may be served with the summons and cross-complaint via the California Secretary of State.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and the concurrently filed supporting Declarations and exhibits thereto, Plaintiff's Proposed Order, and upon such other matters and arguments that may be presented to the Court at the time of the hearing.

DATED: May 11, 2015

WOOD, SMITH, HENNING & BERMAN LLP

By: /s/Mark J. D'Argenio
MARK J. D'ARGENIO
ALAN C. NOLLEY
Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250