Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Alan C. Nolley (State Bar No. 263436)
anolley@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax 925 356 8250

Scott L. Davis (TX State Bar No. 05547030)
sdavis@gardere.com
Matthew J. Schroeder (TX State Bar No. 00791619)
mschroeder@gardere.com
Sara Nau (TX State Bar No. 24083551)
snau@gardere.com
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, TX 75201
Phone: (214) 9993000 ♦ Fax 214 999 4667

Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED,<br><br>Defendants. | Case No. 2:15-CV-00798-WBS-DAD<br><br>**DECLARATION OF ALAN C. NOLLEY IN SUPPORT OF MOTION FOR AN ORDER ALLOWING SERVICE UPON THE SECRETARY OF STATE OF CALIFORNIA FOR DEFENDANT IRON MOUNTAIN MINES, INC.**<br><br>DATE: June 15, 2015<br>TIME: 2:00 p.m.<br>COURTROOM: 5<br>JUDGE: Hon. William B. Shubb |

I, Alan C. Nolley, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California. I am a Senior Associate with Wood, Smith, Henning and Berman, LLP, attorneys of record for Plaintiff AIG Specialty Insurance Company ("Plaintiff"). I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2. I directed all attempts to serve Iron Mountain Mines, Inc. ("Defendant") with Plaintiff's Summons and Complaint in the above-referenced matter.

3. With due diligence, I searched the databases of the Secretary of State Division of Corporations, Westlaw public records search, social networking databases, and checked with directory assistance and all local telephone books to locate a valid and current address for Defendant and its agents. This information could not be located.

4. I am informed and believe that the agent for service of process as listed on the California Secretary of State website and the owner for Defendant, T.W. Arman, is now deceased.

5. I am informed and believe that a valid cause of action exists against Defendant Iron Mountain Mines, Inc. Plaintiff's Complaint in this matter specifically includes claims related to the Defendant's ownership of and operations at the subject property, and Plaintiff is entitled to pursue their rights against Defendant related to these claims. Plaintiff is entitled to seek recovery from Defendant. In order to pursue its rights related to this litigation against Defendant, Plaintiff needs to successfully serve this party through the California Secretary of State.

6. Good cause exists for an order authorizing service of the Summons and Complaint on the Office of the Secretary of State on behalf of Defendant Iron Mountain Mines, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 11, 2015 at Concord, California.

/s/Alan C. Nolley
Alan C. Nolley, Attorney

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250