Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Alan C. Nolley (State Bar No. 263436)
anolley@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax 925 356 8250

Scott L. Davis (TX State Bar No. 05547030)
sdavis@gardere.com
Matthew J. Schroeder (TX State Bar No. 00791619)
mschroeder@gardere.com
Sara Nau (TX State Bar No. 24083551)
snau@gardere.com
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, TX 75201
Phone: (214) 9993000 ♦ Fax 214 999 4667

Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc.,

Plaintiff,

v.

IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED,

Defendants.

Case No. 2:15-CV-00798-WBS-DAD

**DECLARATION OF MATTHEW J. CLARY IN SUPPORT OF MOTION FOR AN ORDER ALLOWING SERVICE UPON THE SECRETARY OF STATE OF CALIFORNIA FOR DEFENDANT IRON MOUNTAIN MINES, INC.**

DATE: June 15, 2015
TIME: 2:00 p.m.
COURTROOM: 5
JUDGE: Hon. William B. Shubb

I, Matthew J. Clary, declare as follows:

1. I am a paralegal with Wood, Smith, Henning & Berman, LLP, attorneys of record for Plaintiff, AIG Specialty Insurance Company ("Plaintiff"). I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2. I have been unable to locate an address at which to serve Iron Mountain Mines, Inc. ("Defendant"), within or outside the State of California, despite reasonable efforts and diligence.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

At my request, First Legal Support, 631 Howard Street, San Francisco, California, attempted to locate and serve Defendant in April of 2015. Despite reasonable attempts, they were unable to locate Defendant.

3. With due diligence, I searched the databases of the Secretary of State Division of Corporations, Westlaw public records search, social networking databases, and checked with directory assistance and all local telephone books to locate a valid and current address for Defendant and its agents. This information could not be located.

4. I am informed and believe that the agent for service of process as listed on the California Secretary of State website and the owner for Defendant, T.W. Arman, is now deceased.

5. Attached hereto as **Exhibit "A"** is a true and correct copy of the Secretary of State records showing Defendant's service addresses and principal places of business.

6. Attached hereto as **Exhibit "B"** is a true and correct copy of the Corporate Records & Business Registration record showing T.W. Arman as the agent for service and principal owner of Defendant.

7. Attached hereto as **Exhibit "C"** is a true and correct copy of the Affidavit of Reasonable Diligence I received from First Legal, the process server, retained to personally serve Plaintiff's Summons and Complaint in the above referenced case on Defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 11, 2015, at Concord, California.

/s/Matthew J. Clary

Matthew J. Clary, Declarant

California Secretary of State Alex Padilla





## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, April 28, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | IRON MOUNTAIN MINES, INC. |
| Entity Number: | C0818998 |
| Date Filed: | 06/21/1977 |
| Status: | FTB SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 9940 BUSINESS PARK DR #185 |
| Entity City, State, Zip: | SACRAMENTO CA 95827 |
| Agent for Service of Process: | T. W. ARMAN |
| Agent Address: | 9940 BUSINESS PARK DR #185 |
| Agent City, State, Zip: | SACRAMENTO CA 95827 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2015 California Secretary of State



EXHIBIT A

# Corporate Records & Business Registrations

## Source Information

**Information Current Through:** 04/24/2015
**Database Last Updated:** 04/28/2015
**Update Frequency:** WEEKLY
**Current Date:** 04/30/2015
**Source:** CALIFORNIA SECRETARY OF STATE

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

## Company Information

**Name:** IRON MOUNTAIN MINES, INC.
**Address:** 9940 BUSINESS PARK DR #185
SACRAMENTO, CA 95827

## Filing Information

**Identification Number:** C0818998
**Filing Date:** 06/21/1977
**Status:** SUSPENDED
**Corporation Type:** PROFIT CORPORATION
**Business Type:**
**Where Filed:** SECRETARY OF STATE/ CORPORATIONS DIVISION
1500-11TH STREET
SACRAMENTO, CA 95814

## Registered Agent Information

**Name:** T. W. ARMAN
**Address:** 9940 BUSINESS PARK DR #185
SACRAMENTO, CA 95827

## Principal Information

**Name:** T. W. ARMAN
**Address:** 9940 BUSINESS PARK DR #185
SACRAMENTO, CA 95827

## Amendment Information

**Amendments:**
11/01/2011 FRANCHISE TAX BOARD SUSPENSION
09/27/2007 FRANCHISE TAX BOARD REVIVER
09/01/2004 FRANCHISE TAX BOARD SUSPENSION
04/18/2002 FRANCHISE TAX BOARD REVIVER
01/02/2001 FRANCHISE TAX BOARD SUSPENSION
02/06/1980 FRANCHISE TAX BOARD REVIVER
09/04/1979 FRANCHISE TAX BOARD SUSPENSION

## Tax Information

**Franchise Tax Details:**

**Status:** SUSPENDED

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.



EXHIBIT B

End of Document

© 2015 Thomson Reuters. No claim to original U.S. Government Works.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>GREGORY P. ARAKAWA, SBN 159023<br>WOOD SMITH HENNING & BERMAN LLP<br>1401 WILLOW PASS ROAD<br>SUITE 700<br>CONCORD, CA 94520<br>*Telephone No:* 925-222-3427 | *For Court Use Only* |
| *Ref. No or File No.:* 10217-003 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Eastern District Of California | |
| *Plaintiff:* AIG SPECIALTY INSURANCE COMPANY, et al<br>*Defendant:* IRON MOUNTAIN MINES, INC., et al | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | | | | 2:15-CV-00798-WBS-DAD |

1. I, Nancy Graddy, and any employee or independent contractors retained by First Legal Support Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant IRON MOUNTAIN MINES, INC. as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT; ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/17/15 | 3:00pm | Business | PER EMPLOYEE, THE CPA THAT USED TO HANDLE THAT ACCOUTN MOVED TO REDDING ABOUT 10 YEARS AGO AND HAS SINCE PASSED AWAY. NO ONE HERE AFFILIATED WITH THIS ENTITY. Attempt made by: Nancy Graddy, Registration #04-010 Placer County. Attempt at: 9940 BUSINESS PARK DRIVE SUITE 185 SACRAMENTO, CA 95827. |
| Wed | 04/29/15 | 12:00pm | Business | Returned Not Served on: IRON MOUNTAIN MINES, INC. Business - 9940 BUSINESS PARK DRIVE SUITE 185 SACRAMENTO, CA 95827 |

3. *Person Executing*
   a. Nancy Graddy

First Legal
1814 "I" Street
Sacramento, CA 95814
Telephone (916) 444-5111
Fax (916) 443-3111
www.firstlegalnetwork.com

Recoverable Costs Per CCP 1033.5(a)(4)(B)

*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
(i) Independent Contractor
*(ii) Registration No.:* 04-010
*(iii) County:* Placer
*(iv) Expiration Date:* Fri, Mar. 18, 2016

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

N. Graddy

*Date:* Thu, Apr. 30, 2015

(Nancy Graddy)

AFFIDAVIT OF REASONABLE DILIGENCE

7150077.woosm-c.698059

**EXHIBIT C**

| *Attorney or Party without Attorney:* GREGORY P. ARAKAWA, SBN 159023<br>WOOD SMITH HENNING & BERMAN LLP<br>1401 WILLOW PASS ROAD<br>SUITE 700<br>CONCORD, CA 94520<br>*Telephone No:* 925-222-3427<br>*Attorney for:* Plaintiff | | *Ref. No or File No.:* 10217-003 | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court For The Eastern District Of California | | | | |
| *Plaintiff:* AIG SPECIALTY INSURANCE COMPANY, et al<br>*Defendant:* IRON MOUNTAIN MINES, INC., et al | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:15-CV-00798-WBS-DAD |

1. I, WILLIAM ODER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant IRON MOUNTAIN MINES, INC. as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT; ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 04/16/15 | 12:25pm | Business | NO SUITE #85 IN THIS BUILDING. NO SUCH ENTITY LOCATED HERE. Attempt made by: WILLIAM ODER, Registration #2014-50 Sacramento County. Attempt at: 9940 BUSINESS PARK DRIVE ROOM 85 SACRAMENTO, CA 95827. |
| Thu | 04/16/15 | 4:30pm | Business | OFFICE IS CLOSED AND LOCKED. DARK AND QUIET INSIDE. BUSINESS AT THE LOCATION IS "WILLIAM D. CHESSEM, INC. CPA" NO BUSINESS HOURS POSTED. Attempt made by: WILLIAM ODER. Attempt at: 9940 BUSINESS PARK DRIVE SUITE 185 SACRAMENTO, CA 95827. |
| Wed | 04/29/15 | 12:00pm | Business | Returned Not Served on: IRON MOUNTAIN MINES, INC. Business - 9940 BUSINESS PARK DRIVE SUITE 85 SACRAMENTO, CA 95827 |

3. *Person Executing*
   a. WILLIAM ODER
   b. **FIRST LEGAL SUPPORT SERVICES**
   1814 I STREET
   SACRAMENTO, CA 95814
   c. (916) 444-5111

Recoverable Costs Per CCP 1033.5(a)(4)(B)

*d. The Fee for service was:*
*e. I am:* (3) registered California process server
*(i)* Independent Contractor
*(ii) Registration No.:* 2014-50
*(iii) County:* Sacramento
*(iv) Expiration Date:* Fri, Nov. 11, 2016

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
   Date: Thu, Apr. 30, 2015

**AFFIDAVIT OF REASONABLE DILIGENCE**(WILLIAM ODER)

7150077.woosm-c.695067