# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED, <br><br> *Defendants*. | Case No. 2:15-CV-00798-WBS-EFB (TEMP) <br><br> **ORDER** |

The Motion for Continuance of Deadlines and Trial Date [Dkt. 19], is DENIED for the reason one of the parties appears to have crossed out his name rather than sign the stipulation. The matter is hereby set for further Status (Pretrial Scheduling) Conference at 1:30 p.m. on July 5, 2016. A personal appearance is required on behalf of **all** parties.

IT IS SO ORDERED.

Dated: June 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gardere01 - 8803208v.2