# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED, <br><br> *Defendants*. | Case No. 2:15-CV-00798-WBS-EFB (TEMP) <br><br> **[PROPOSED] ORDER GRANTING AIG SPECIALTY AND DEFENDANT JOHN H. MCKINLEY'S JOINT STIPULATION FOR CONTINUANCE OF DEADLINES AND TRIAL DATE** |

The court has considered the Joint Stipulation for Continuance of Deadlines and Trial Date, filed by Plaintiff AIG Specialty Insurance Company and by Defendant John McKinley, Administrator, and finding good cause hereby orders that the deadlines in the Status (Pretrial Scheduling) Order [Dkt. 17] are amended as follows:

(a) The deadline to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2), which is currently set for June 13, 2016, is continued 90 days, to September 12, 2016;

(b) The deadline to disclose rebuttal experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2), which is currently set for July 11, 2016, is continued 90 days, to October 11, 2016;

(c) The deadline for completion of all discovery (including completion of all depositions and resolution of all discovery disputes), which is currently set for August 29, 2016, is continued 90 days, to November 28, 2016;

(d) The deadline for filing of any motions except motions for continuances, temporary restraining orders, or other emergency applications, which is currently set for October 31, 2016, is continued 90 days, to January 30, 2017;

(e) The date of Final Pretrial Conference, which is currently set for January 17, 2017, is continued 90 days, to **April 24, 2017 at 1:30 p.m.;** and

(f) The bench trial date, currently set for March 14, 2017, is hereby continued to **June 27, 2017 at 9:00 a.m.**.

Dated:  June 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gardere01 - 8830442v.2

LEGAL:05000-0109/5946931.1         -2-