UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, as subrogee of Global Loss Prevention, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>IRON MOUNTAIN MINES, INC. and JOHN H. McKINLEY, as ADMINISTRATOR OF THE WILL AND ESTATE OF THEODORE W. ARMAN, DECEASED,<br><br>*Defendants*. | Case No. 2:15-CV-00798-WBS-EFB (TEMP)<br><br>**ORDER ON AIG SPECIALTY'S MOTION FOR TELEPHONIC APPEARANCE OF NON-LOCAL COUNSEL AT THE JULY 5, 2016 CONFERENCE** |

After considering AIG Specialty's Motion for Telephonic Appearance of Non-Local Counsel at the July 5, 2016 Conference [Dkt. 25], **IT IS ORDERED** that the Motion is hereby **GRANTED**, and that Matthew Schroeder, who can be reached at (214) 999-4541 for the conference, shall be permitted to appear telephonically on behalf of plaintiff AIG Specialty Insurance Company at the conference set for July 5, 2016 at 1:30 p.m. in the above-captioned case. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: June 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gardere01 - 8886769v.1

-1-